AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

SHARON WALTERS,

    Plaintiff,

v.

THE CHASE MANHATTEN BANK,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-037-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED (1) Defendant's October 15, 2007 motion for summary judgment with respect to Defendant's counterclaim (Ct. Rec. 40) is GRANTED; (2) The October 17, 2006 arbitration award issued by the National Arbitration Forum, requiring Plaintiff to pay Defendant $38,603.21, is CONFIRMED; (3) Defendant's August 10, 2007 motion to compel (Ct. Rec. 28) is DENIED as moot.

August 6, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer